## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ROSS and ANGELA SCHUH, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., CHSPSC, LLC, D/B/A COMMONWEALTH HEALTH, MOSES TAYLOR HOSPITAL, RETIONAL HOSPITAL OF SCRANTON, SCRANTON HOSPITAL COMPANY, LLC, and WILKES-BARRE GENERAL HOSPITAL,<br><br>      Defendants. | Civil Action No.: 23-cv-05082 |

### **CERTIFICATION OF SERVICE**

I hereby certify that true and correct copies of Defendants' Notice and Petition for Removal, Notice of Compliance with 23 U.S.C. § 1446(d), Civil Cover Sheet, and this Certification of Service was served this 22nd day of December, 2023, via overnight mail, upon the following:

Richard Shenkan, Esquire
**SHENKAN INJURY LAWYERS**
6550 Lakeshore Street
West Bloomfield, MI 48323

*Attorneys for Plaintiffs*

By: _____
Michael S. Friedman (PA #88228)
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
T: (267) 319-7802
F: (215) 399-2249
michael.friedman@jacksonlewis.com

4855-8072-1304, v. 1

13