# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ROSS and ANGELA SCHUH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., CHSPSC, LLC, WILKES-BARRE HOSPITAL COMPANY, LLC, d/b/a COMMONWEALTH HEALTH, MOSES TAYLOR HOSPITAL, REGIONAL HOSPITAL OF SCRANTON, SCRANTON HOSPITAL COMPANY, LLC, and WILKES-BARRE GENERAL HOSPITAL,<br><br>                    Defendants. | Civil Action No.: 3:23-cv-02128 |

**MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT BY DEFENDANTS CHSPSC, LLC, WILKES-BARRE HOSPITAL COMPANY, LLC, D/B/A COMMONWEALTH HEALTH, MOSES TAYLOR HOSPITAL, REGIONAL HOSPITAL OF SCRANTON, SCRANTON HOSPITAL COMPANY, LLC, AND WILKES-BARRE GENERAL HOSPITAL**

Defendants CHSPSC, LLC, Wilkes-Barre Hospital Company, LLC d/b/a Commonwealth Health, Moses Taylor Hospital, Regional Hospital of Scranton, Scranton Hospital Company, LLC, and Wilkes-Barre General Hospital (collectively,

1

"Defendants") respectfully move to stay their deadline to respond to Plaintiffs' Complaint.

There is currently a proceeding before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") where a Motion for Transfer and Centralization was filed on October 16, 2023, to the District of Minnesota pursuant to 28 U.S.C. § 1407. *See Skurauskis, v. NationsBenefits Holdings, LLC*, Case No. 0:2023cv60830; *In Re Fortra File Transfer Software Data Security Breach Litigation*, MDL No. 3090. The granting of this motion would impact this case. To preserve the resources of the Court and the parties, the instant matter should be stayed pending the outcome of that motion. Contemporaneously with this motion, Defendants have submitted a supporting Memorandum of Law.

                                                        Respectfully submitted,

*/s/ Michael S. Friedman*
Michael S. Friedman (PA #88228)
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802; F: (215) 399-2249
michael.friedman@jacksonlewis.com

Jonathan O. Harris (TN #21508)
(*pro hac vice* forthcoming)
611 Commerce Street, Ste. 2803
Nashville, TN 37203
T: (615) 565-1661; F: (615) 206-2244
jonathan.harris@jacksonlewis.com

Jackson E. Biesecker (OH #0100780)
(*pro hac vice*)

6100 Oak Tree Blvd., Ste. 400
Cleveland, OH 44131
T: (216) 750-0404; F: (216) 750-0826
jackson.biesecker@jacksonlewis.com

*Attorneys for Defendants Community Health Systems, Inc., CHSPSC, LLC, Wilkes-Barre Hospital Company, LLC, d/b/a Commonwealth Health, Moses Taylor Hospital, Regional Hospital of Scranton, Scranton Hospital Company, LLC, and Wilkes-Barre General Hospital*